UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**LATASHA McLAUGHLIN,**

    **Plaintiff,**

v.                                                                Cv. No.: 12-2547-JTF

**MILWAUKEE ELECTRIC TOOL COMPANY,**

    **Defendant.**

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is transferred to the Northern District of Mississippi in accordance with the Order Denying Defendant's Motion to Dismiss for Improper Venue and Lack of Personal Jurisdiction entered on July 31, 2013.

**APPROVED:**

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE

July 31, 2013                              THOMAS M. GOULD
DATE                                       CLERK

                                                                                     *s/Lorri Fentress*
                                                                                     (By) LAW CLERK